IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CARROLL COARSEY and KATHY COARSEY, **Plaintiffs,** v. PROGRESSIVE PREFERRED INSURANCE COMPANY and BAKER'S MOBILE HOME TRANSPORT, LLC, **Defendants.** | **CASE NO:** **7:23-cv-146-WLS** |

## **ORDER**

On August 20, 2024, the Court was notified via email from Jason David Lewis, counsel for Defendants, with copy to James L. King, II, counsel for Plaintiffs, that this case has been settled, and that Mr. King will be submitting a stipulation of dismissal in the near future.

Accordingly, the Parties are hereby **ORDERED** to file a joint stipulation of dismissal of all claims by **no later than Friday, September 20, 2024**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.[1]

**SO ORDERED**, this 26th day of August 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Counsel failed to comply with two of the Court's prior Orders (Docs. 11, 12), including failing to appear for a show cause hearing in conjunction with their failure to comply with the Court's scheduling/discovery Order (Doc. 11). Counsel are cautioned that failure to comply with this Order and/or future orders of this Court by timely filing appropriate documents or motions will not be tolerated, and if appropriate, will result in sanctions.

1